UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                       Case Number: 13-20447

v.                                                 Honorable Thomas L. Ludington

TODD ALAN HUGHES,

        Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY AS TO THE SOLE COUNT OF THE INDICTMENT, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

A plea hearing was conducted on September 17, 2013 by United States Magistrate Judge Charles E. Binder pursuant to Defendant's consent. Judge Binder issued his report the same day, recommending that this Court accept Defendant's plea of guilty as to the sole count of the indictment. Although Judge Binder's report explicitly stated that the parties to this action may object to and seek review of the recommendation within 14 days of service of the report, as of today's date, neither party has filed objections. The failure to file objections to the report and recommendation waives any further right to appeal. *See Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to Judge Binder's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Judge Binder's report and recommendation, ECF No. 15, is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty as to the sole count of the indictment is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 13, is taken **UNDER ADVISEMENT**.

Dated: October 4, 2013                                              s/Thomas L. Ludington
                                                                                 THOMAS L. LUDINGTON
                                                                                 United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 4, 2013.

                                                                                 s/Tracy A. Jacobs
                                                                                 TRACY A. JACOBS